UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RESCUECOM CORPORATION,

        Plaintiff,

vs.

BBY SOLUTIONS, INC. d/b/a BEST BUY,

        Defendant,

and

BBY SOLUTIONS, INC.,

and

        Counterclaimant,

BEST BUY STORES, LP,

        Additional Counterclaimant,

vs.

RESCUECOM CORPORATION,

        Counterclaim Defendant,

and

DAVID MILMAN,

        Additional Counterclaim Defendant.

Civil Action No. 5:09-cv-1149 (FJS/DEP)

---

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party

has an interest in the subject matter of the action, by reason of a Settlement Agreement entered into by the parties to this action, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-entitled action be and the same hereby is dismissed, with prejudice, as to all claims and counterclaims asserted by the parties, without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

By: /s/ Edmund J. Gegan
    Edmund J. Gegan (508421)

Lynch & Robbins
*Counsel for Plaintiff*
2639 Dr. Martin Luther King Street N.
St. Petersburg, FL 33704
Telephone: (727) 822-8696
Facsimile: (727) 471-0616
E-mail: egegan@floridalawyer.com

By: /s/ Kelly M. McLain
    Christopher K. Larus (515946)
    Kelly M. McLain (515945)

Robins, Kaplan, Miller & Ciresi L.L.P.
*Counsel for BBY Solutions, Inc. and Best Buy Stores, Inc.*
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
E-mail: cklarus@rkmc.com
        kmmclain@rkmc.com

By: /s/ Ashley D. Hayes
    Ashley D. Hayes (511333)

Hancock & Estabrook
*Counsel for BBY Solutions, Inc. and Best Buy Stores, LLP*
1500 AXA Tower I, 100 Madison Street
Syracuse, NY 13202
Telephone: (315) 471-3151
Facsimile: (315) 471-3167
Email: ahayes@hancocklaw.com

**SO ORDERED**

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

1/3/11